No. 85–1370. ARKANSAS WRITERS' PROJECT, INC. *v.* RAGLAND, COMMISSIONER OF REVENUE OF ARKANSAS. Sup. Ct. Ark. [Probable jurisdiction noted, 476 U. S. 1113.] Motions for

leave to file briefs as *amici curiae* filed by the following are granted: City & Regional Magazine Association, Time Inc., Magazine Publishers Association, Times Mirror Co. et al., American Civil Liberties Union Foundation et al., and Miami Herald Publishing Co. et al.